# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| SHERRONA TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-01008-STA-jay |
| ) | |
| SIMON & SCHUSTER, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT NOTICE OF SELECTION OF MEDIATOR

Plaintiff Sherrona Taylor and Defendant Simon & Schuster, Inc. respectfully file this Notice that the parties have agreed to use William Ryan, Esq. as the mediator in this matter and the mediation will be scheduled for June 26, 2024.

Respectfully submitted,

**STEINER & STEINER, LLC**

s/Ann Buntin Steiner
Ann Buntin Steiner, BPR # 11697
613 Woodland Street,
Nashville, TN 37206
(615) 244-5063
asteiner@steinerandsteiner.com

**JESSE HARBISON LAW, PLLC**

s/Jesse Ford Harbison (By ABS)
Jesse Ford Harbison, BPR No. 032105
P.O. Box 68251
Nashville, TN 37206
(629) 201-7284
jesse@jesseharbisonlaw.com

*Counsel for Plaintiff*

**LITTLER MENDELSON, P.C.**

/s Matthew G. Gallagher (by ABS)
Matthew G. Gallagher, BPR No. 027242
Taylor D. Lawson, BPR No. 038692
One Commerce Square
40 South Main Street, Suite 2500
Memphis, TN 38103
mgallagher@littler.com
TDLawson@littler.com

*Counsel for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt as follows: Matthew G. Gallagher and Taylor D. Lawson. Littler Mendelson, P.C., One Commerce Square, 40 South Main Street, Suite 2500, Memphis, TN 38103. Parties may access this filing through the Court's electronic filing system.

/s/ *Ann Buntin Steiner*
Ann Buntin Steiner